```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

SBA Towers II, LLC

    v.                              Civil No. 09-cv-447-LM

Town of Atkinson

## PROCEDURAL ORDER

In light of pending cross-motions for summary judgment, the court hereby reschedules the trial date for February 1, 2011.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

October 18, 2010

cc: Steven E. Grill, Esq.
    Thea S. Valvanis, Esq.